IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MEAGAN NORRIS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -vs- | ) | 3:18-cv-1057-RAH-SRW |
| | ) | |
| OPELIKA CITY BOARD OF EDUCATION, | ) | |
| *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

Plaintiff Megan Norris' First Notice of Submission of Evidentiary Materials

Comes now plaintiff Meagan Norris and files her *First Notice of Submission of Evidentiary Materials* in support of her brief in opposition to the motion for summary judgment filed by defendants David Carpenter and the Opelika City Board of Education [Doc. 51]:

PX 11:    Composite Exhibit
*Opelika City Schools Classroom Observation Information Sheet* (11.17.2016)
*Opelika City Schools Classroom Observation Instrument*
*Opelika City Schools Post-Observation Teacher Reflection Form*
*Opelika City Schools Post-Observation Conference Record*

PX 12:    Composite Exhibit
*Opelika City Schools Classroom Observation Information Sheet* (1.19.2017)
*Opelika City Schools Classroom Observation Instrument*
*Opelika City Schools Post-Observation Teacher Reflection Form*
*Opelika City Schools Post-Observation Conference Record*

PX 13:     Composite Exhibit
           *Opelika City Schools Classroom Observation Information Sheet* (4.27.2017)
           *Opelika City Schools Classroom Observation Instrument*
           *Opelika City Schools Post-Observation Teacher Reflection Form*
           *Opelika City Schools Post-Observation Conference Record*

PX 14:     Composite Exhibit
           *Opelika City Schools Classroom Observation Information Sheet* (5.4.2017)
           *Opelika City Schools Classroom Observation Instrument*
           *Opelika City Schools Post-Observation Teacher Reflection Form*
           *Opelika City Schools Post-Observation Conference Record*

PX 15:     *Professional Standards Report* (5.24.2017)

PX 17:     Composite Exhibit
           *Opelika City Schools Classroom Observation Information Sheet* (11.8.2017)
           *Opelika City Schools Classroom Observation Instrument*
           *Opelika City Schools Post-Observation Teacher Reflection Form*
           *Opelika City Schools Post-Observation Conference Record*

PX 18:     Composite Exhibit
           *Opelika City Schools Classroom Observation Information Sheet* (4.4.2018)
           *Opelika City Schools Classroom Observation Instrument*
           *Opelika City Schools Post-Observation Teacher Reflection Form*
           *Opelika City Schools Post-Observation Conference Record*

PX 19:     Composite Exhibit
           *Opelika City Schools Classroom Observation Information Sheet* (4.10.2018)
           *Opelika City Schools Classroom Observation Instrument*
           *Opelika City Schools Post-Observation Teacher Reflection Form*
           *Opelika City Schools Post-Observation Conference Record*

PX 29:     minutes from OCBOE's meeting on 5.22.2018

PX 38:     *Professional Learning Plans* (9.15.2016 and 5.15.2017)

PX 39:      *Professional Learning Plans* (10.25.2017 and 5.16.2018)

PX 63:      Plaintiff Meagan Norris' Rule 30(b)(6) Deposition Notice for
Defendant OCBOE

PX 67:      *Opelika City Schools New Teacher Academy Handbook*, Tab 3,
"Teacher Evaluation Program and Classroom Observation," pp. 1-62
(excerpt of Tab 3 only)

PX 79:      Deposition of Jeanie Miller

> Respectfully submitted,
>
> s/William T. Johnson, III (ASB2310M69J)
> One of the Plaintiff's Attorneys

KIRBY JOHNSON, P.C.
William T. "Bo" Johnson III, Esquire
One Independence Plaza Drive, Suite 520
Birmingham, AL  35209
Phone: (205) 458-3553
bjohnson@kirbyjohnsonlaw.com

CASSADY & CASSADY, P.C.
Henry L. "Max" Cassady Jr., Esquire
Cassady & Cassady, P.C.
23710 U.S. Hwy. 98, Suite D
Fairhope, AL 36532
251.578.5252 [telephone]
888.304.7262 [fax]
maxcassady@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on 5.27.20, I filed the foregoing via CM/ECF, which will
serve a filed copy of the foregoing on all counsel of record, who are as follows:

*Counsel for Defendant Opelika City Board of Education*
James R. "Spud" Seale, Esquire
jrs@hillhillcarter.com

Elizabeth B. Carter, Esquire
ecarter@hillhillcarter.com

and

Robert T. Meadows III, Esquire
Bob.Meadows@chlaw.com

*Counsel for Defendant Carpenter*
John Marsh, Esquire
jmarsh@ball-ball.com

and

Allison A. Ingram, Esquire
ala@ball-ball.com

<u>s/William T. Johnson, III (ASB2310M69J)</u>
One of the Plaintiff's Attorneys