IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEAGAN NORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-1057-RAH-SRW |
| | ) |
| OPELIKA CITY | ) |
| BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. 90) filed on January 29, 2021, for good cause shown, this action is hereby dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE and ORDERED, this the 1st day of February, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE